IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:02-cr-37 |
| JOHN WALKER LINDH, ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

Defendant was convicted of supplying services to the Taliban and carrying an explosive device during the commission of a felony and was sentenced to 240 months imprisonment and a 3-year term of supervised release. Defendant is scheduled to be released from the Bureau of Prisons on May 23, 2019, at which time his period of supervised release will commence. The probation officer has filed a request asking the Court to impose the following additional special conditions of supervised release:

- That defendant shall not possess any internet capable device without prior permission from the probation office and any such device must be monitored continuously;

- That defendant shall not have any online communications in any language other than English unless otherwise approved;

- That defendant shall not possess, view, access or otherwise view material that reflects extremist or terroristic views;

- That defendant shall not possess a passport;
- That defendant shall not communicate with any known extremist; and
- That defendant shall undergo mental health counseling.

Defendant was contacted by the probation officer about consenting to these additional special conditions and defendant declined his consent and requested a hearing. Because defendant has requested a hearing to determine whether these additional special conditions should be imposed,

It is hereby **ORDERED** that the government shall have until **March 29, 2019**, to file a brief describing its views on the imposition of additional special condition. Thereafter, defendant shall have until **April 5, 2019**, to file his brief addressing his opposition to the imposition of said conditions.

It is further **ORDERED** that a hearing will be held on **April 12, 2019 at 9:00 a.m.**

It is further **ORDERED** that Mr. William Cummings is appointed to continue his representation of defendant. If Mr. Cummings is unavailable, the Clerk of Court shall appoint the Federal Public Defender to represent the defendant. If the Federal Public Defender is conflicted, the Clerk shall appoint another attorney from the CJA panel to represent defendant.

The Clerk is directed to send a copy of this Order to the defendant at his last known address and all counsel of record.

March 21, 2019
Alexandria, Virginia

T. S. Ellis, III
United States District Judge

2