IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:02-cr-37 |
| JOHN WALKER LINDH, | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

The matter is before the Court on defendant's unopposed motion to continue the briefing deadlines and hearing on the probation office's requested modifications to defendant's supervised release.

For good cause shown,

It is hereby **ORDERED** that defendant's motion to continue (Doc. 338) is **GRANTED**.

It is further **ORDERED** that the government shall have until **April 12, 2019**, to file a brief describing its views on the imposition of additional special condition.  Thereafter, defendant shall have until **April 19, 2019**, to file his brief addressing his opposition to the imposition of said conditions.

It is further **ORDERED** that a hearing, if necessary, will be held on **April 26, 2019 at 9:00 a.m.**

The Clerk is directed to send a copy of this Order to the defendant at his last known address and all counsel of record.

March 28, 2019
Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge