IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 1:02-cr-37 |
| | : |
| JOHN PHILIP WALKER LINDH, | : |
| | : |
| Defendant. | : |

**<u>NOTICE</u>**

COMES NOW the defendant, JOHN PHILIP WALKER LINDH, by his CJA appointed counsel, WILLIAM B. CUMMINGS, ESQUIRE, and provides notice to this Court that he has this 29th day of March, 2019, notified the United States Probation Office, through Raymond M. Hess, Senior U.S. Probation Officer, that he has withdrawn his opposition to the Probation Office's proposed additional special conditions of supervised release sought to be imposed on Mr. Lindh, and that no briefing or hearing is therefore required in this matter.

Respectfully submitted,

JOHN PHILIP WALKER LINDH

_____/s/_____
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Counsel for JOHN PHILIP WALKER LINDH
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following registered ECF users:

>John Gibbs, Esquire
>United States Attorney's Office for
>   the Eastern District of Virginia
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>John.Gibbs@usdoj.gov

AND I hereby certify that on March 29, 2019 I am emailing/mailing/hand-delivering the foregoing document, and the NEF, to the following non-filing user:

>Raymond M. Hess
>Senior U.S. Probation Officer
>10500 Battleview Parkway, Suite 100
>Manassas, VA 20109

>          /s/
>WILLIAM B. CUMMINGS, ESQUIRE
>VA Bar No. 6469
>Counsel for JOHN PHILIP WALKER LINDH
>WILLIAM B. CUMMINGS, P.C.
>Post Office Box 1177
>Alexandria, Virginia 22313
>(703) 836-7997
>Fax (703) 836-0238
>wbcpclaw@aol.com