IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  Case No. 1:02-cr-37 |
| JOHN WALKER LINDH, | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Defendant was convicted of supplying services to the Taliban and carrying an explosive device during the commission of a felony and was sentenced to 240 months imprisonment and a 3-year term of supervised release. Defendant is scheduled to be released from the Bureau of Prisons on May 23, 2019, at which time his period of supervised release will commence. Given the rare nature of defendant's crime and his unique personal history and characteristics, the probation officer recently filed a request asking the Court to impose additional special conditions of supervised release which will govern defendant's behavior post-confinement. The probation officer specifically asked that the following special conditions be added:

- That defendant shall not possess any internet capable device without prior permission from the probation office and any such device must be monitored continuously;

- That defendant shall not have any online communications in any language other than English unless otherwise approved;

- That defendant shall not possess, view, access or otherwise view material that reflects extremist or terroristic views;

- That defendant shall not possess a passport issued by any country or possess any other travel documentations and cannot leave the United States without the express permission of this Court;

- That defendant shall not communicate with any known extremist; and

- That defendant shall undergo mental health counseling.

Defendant, who initially proceeded *pro se*, opposed the addition of these supervised release conditions and requested a hearing. Experienced counsel was appointed to represent defendant at the hearing on modifying the conditions of release. After consultation with counsel, however, defendant, himself and by counsel, expressed in writing that he no longer opposes the imposition of these additional special conditions and requests that the hearing be cancelled.

Accordingly,

It is hereby **ORDERED** that the proposed conditions set forth above are hereby added as special conditions of defendant's term of supervised release. Upon his release from prison, defendant must follow these conditions of supervised release and all other conditions previously imposed. Should defendant adjust well on supervised release, he may seek to modify some or all of these conditions of his supervised release.

It is further **ORDERED** that the status conference currently scheduled for <u>April 26, 2019</u> is **CANCELLED**.

The Clerk is directed to send a copy of this Order to the defendant at his last known address and all counsel of record.

April 8, 2019
Alexandria, Virginia

T. S. Ellis, III
United States District Judge

2