# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:02-cr-37 |
| JOHN WALKER LINDH, ) | |
| Defendant. ) | |
| ) | |
| ) | |

**Request for investigation of actions of John Walker Lindh before release from Prison**

I come as a friend of the court to respectively petition this court to order a thorough investigation of the actions of John Walker Lindh that have been reported by the National Counterterrorism Center.

According to the plea agreement these actions would violate the terms of the plea agreement he entered enabling him to a 20 sentence.

It appears the additional restrictions placed on his release are ones, that were imposed on him is his plea sentencing agreement and is reported to have been ignored.

Nothing will be gained by not enforcing the Laws of the United States and holding those that break it accountable for their actions.

Respectfully,

*Johnny Spann*

Johnny Spann

320 Bankhead Hwy,

Winfield, Al. 35594

205-495-5666